■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH HARRISON, Appellant. [631 NYS2d 525] —Appeal by the defendant from a judgment of the Supreme Court, Queens County (Joy, J.), rendered October 17, 1991, convicting him of attempted reckless endangerment in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, *Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; cf., *People v Gonzalez,* 47 NY2d 606). Bracken, J. P., Rosenblatt, Krausman and Goldstein, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT LARA, Appellant. [631 NYS2d 526] —Appeal by the defendant from a judgment of the Supreme Court, Kings County (R. Goldberg, J.), rendered September 29, 1993, convicting him of attempted robbery in the first degree and attempted robbery in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Under the totality of the circumstances, the defendant was afforded meaningful representation (see, *People v Flores,* 84 NY2d 184, 187; *People v Baldi,* 54 NY2d 137, 147).

Further, the sentence imposed upon the defendant was not excessive (see, *People v Suitte,* 90 AD2d 80). O'Brien, J. P., Santucci, Joy and Goldstein, JJ., concur.